Jeremy S. Golden (SBN 228007)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
jeremy@goldencardona.com
Phone: 619-476-0030; Fax: 775-898-5471
Attorney for Plaintiff

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| DEBRA VLADIC, an individual, | Case No.: 8:20-cv-01200-JFW-ADSx |
| Plaintiff, | **ORDER DISMISSING ACTION WITH PREJUDICE** |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION LLC; PORTFOLIO RECOVERY ASSOCIATES, LLC, | |
| Defendants. | |

Pursuant to the stipulation this court hereby dismisses this action with prejudice. Each party to bear its own fees and costs.

IT IS SO ORDERED

DATE: April 23, 2021         BY: _____
                                 UNITED STATES DISTRICT JUDGE

1